1

2

3

4

5

6

```
                              FILED
                    CLERK, U.S. DISTRICT COURT      CC: USPO, USM-ED

                         AUG 2 6 2014

                    CENTRAL DISTRICT OF CALIFORNIA
                    EASTERN DIVISION        BY DEPUTY
```

7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

9

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. EDCR 13-00035-JGB |
| ) | |
| Plaintiff(s), ) | JUDGMENT AND COMMITMENT ORDER |
| ) | FOLLOWING REVOCATION OF |
| v. ) | SUPERVISED RELEASE |
| ) | |
| GRACIELA ROMERO, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |
| _____ ) | |
| ) | |

10

11

12

13

14

15

16

17

On August 4, 2014,  the matter came on for hearing on the Petition for Revocation of

18

Probation and Supervised Release, filed on June 13, 2014.  The Defendant was informed of the

19

Allegations as set forth in the Petition.  The Defendant acknowledged receiving a copy of the

20

Petition, and thereafter admitted that the violations as alleged in Allegation Nos. One and  Two,

21

were truthful, and that she committed the violations as alleged.  The Court found the Defendant to

22

have violated the terms and conditions of Supervised Release as set forth in the Judgment and

23

Probation/Commitment Order of the United States District Court for the Southern District of

24

California, filed on October 18, 2010.

25

On August 25, 2014, the matter came before the Court for Sentencing.   Deputy Federal

26

Public Defender Kay Otani appeared on behalf of the Defendant.  Assistant United States Attorney

27

Stephen Merrill appeared for the Government.  Also present was U.S. Probation Officer Helene

28

Hickman.

1        IT IS THE JUDGEMENT OF THE COURT, that Supervised Release is hereby revoked, and

2   that Defendant Graciela Romero is hereby committed to the custody of the Bureau of Prisons for a

3   term of TIME SERVED.  Defendant shall be released forthwith to the United States Probation

4   Office for placement in a Residential Drug Treatment Program.

5        Upon release from confinement, the Defendant shall be placed on Supervised Release for a

6   period of twenty four (24) months on the same terms and conditions as previously imposed, with the

7   additional condition that defendant reside at and participate in a drug treatment program approved

8   by the U.S. Probation Office for treatment of narcotic addiction or drug dependency, which may

9   include counseling and testing, to determine if she has reverted to the use of drugs, for a period of

10  120 days, or until discharged by the program director and Probation Officer.

11       Defendant was informed of her right to appeal.

12

13

14  Dated: _August 26, 2014_

15  HONORABLE JESUS G. BERNAL
    UNITED STATES DISTRICT JUDGE

16

17  CLERK, U. S. DISTRICT COURT

18

19  By: _____

20  Maynor Galvez, Courtroom Deputy



21

22

23

24

25

26

27

28

2