UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | EDCR 13-00035-JGB |
| Date | April 19, 2016 |

Present: The Honorable **JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE**

Interpreter   None

| Maynor Galvez | Adele Frazier | Abigail Evans |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Graciela Romero | X | X | | Kay Otani, DFPD | X | X | |

**Proceedings:**   SUPERVISED RELEASE REVOCATION HEARING

Appearances were made as referenced above. Also present was Probation Officer, Dena Vasquez.

The matter came on regularly for hearing on the Petition for Revocation of Supervised Release filed on April 18, 2016. The Defendant was informed of the Allegations as set forth in the Petition. The Defendant acknowledged receiving a copy of the Petition, and thereafter admitted the violations as alleged in Allegations One, Two and Three.

The Court found the Defendant in violation of her terms and conditions of supervised release and sentenced as follows:

Supervised Release is revoked, vacated and set aside. Defendant Graciela Romero is hereby committed to the Bureau of Prisons for a term of **FIVE (5) MONTHS**. No Supervision to follow. Defendant shall self surrender by no later than May 20, 2016.
(See Separate Judgment and Commitment Order).

The Defendant was informed of her right to appeal.

IT IS SO ORDERED.

| | - | : | 10 |
|---|---|---|---|
| | Initials of Deputy Clerk | | MG |

cc:  USPO, PSA, USM-ED